1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MURPHY'S ENTERPRISES, INC., | Case No.  1:16-cv-00784-LJO-SAB |
| Plaintiff, | ORDER VACATING NOVEMBER 14, 2016 SCHEDULING CONFERENCE AND REQUIRING PARTIES TO FILE STATUS REPORTS |
| v. | |
| FINELINE INDUSTRIES, LLC, | |
| Defendant. | |

On September 29, 2016, Defendant Fineline Industries, LLC filed a motion to stay this case pending resolution of Plaintiff Mike Murphy's Enterprises, Inc.'s parallel state court action. (ECF No. 17.)  On October 31, 2016, Chief Judge Lawrence J. O'Neill granted Defendant's motion to stay this case pending resolution of Plaintiff's parallel state court action.  (ECF No. 26.)

As this action has been stayed, the Court will vacate the November 14, 2016 scheduling conference.  The parties shall file a status report every ninety days until the stay is lifted.  The first status report shall be due on or before January 31, 2017.  The parties shall then file a status report every ninety days.

Accordingly, IT IS HEREBY ORDERED that:

1.  The November 14, 2016 scheduling conference is VACATED; and

1

2. The parties shall file a joint status report every ninety days until the stay is lifted. The first status report shall be due on or before January 31, 2017.

IT IS SO ORDERED.

Dated:   **November 2, 2016**

UNITED STATES MAGISTRATE JUDGE