# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MURPHY'S ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FINELINE INDUSTRIES, LLC, <br><br> Defendant. | Case No. 1:16-cv-00784-LJO-SAB <br><br> ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT WITHIN FIVE DAYS OF THE DATE OF ENTRY OF THIS ORDER |

On October 31, 2016, Chief Judge Lawrence J. O'Neill granted Defendant's motion to stay this case pending resolution of Plaintiff's parallel state court action. (ECF No. 26.) On November 2, 2016, the undersigned ordered the parties to file a status report every ninety days until the stay is lifted and set the deadline for the first status report as January 31, 2017. (ECF No. 27.) On January 4, 2017, Plaintiff filed a status report. (ECF No. 28.) The parties should have filed a joint status report within ninety days of the January 4, 2017 status report. Therefore, the parties' joint status report was due on April 4, 2017. However, the parties did not file a status report by the April 4, 2017 deadline.

The parties shall file a joint status report within five days of the date of entry of this order. The parties shall then file a status report every ninety days from the date of filing of the last status report until the stay is lifted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file a joint status report within **five days** of the date of entry of this order; and
2. The parties shall file a joint status report every ninety days from the date of filing of the last status report until the stay is lifted.

IT IS SO ORDERED.

Dated: __**April 10, 2017**__

UNITED STATES MAGISTRATE JUDGE