# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MURPHY'S ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FINELINE INDUSTRIES, LLC, <br><br> Defendant. | Case No. 1:16-cv-00784-LJO-SAB <br><br> ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT WITHIN FIVE DAYS OF THE DATE OF ENTRY OF THIS ORDER |

On October 31, 2016, Chief Judge Lawrence J. O'Neill granted Defendant's motion to stay this case pending resolution of Plaintiff's parallel state court action. (ECF No. 26.) On November 2, 2016, the undersigned ordered the parties to file a status report every ninety days until the stay is lifted. (ECF No. 27.) On January 4, 2017, Plaintiff filed a status report. (ECF No. 28.) The last status report was filed on March 30, 2018, and therefore a status report was due on June 28, 2018. No status report has been filed.

The parties shall file a joint status report within five days of the date of entry of this order. The parties shall then file a status report every ninety days from the date of filing of the last status report until the stay is lifted.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file a joint status report within **five days** of the date of entry of this order; and

2. The parties shall file a joint status report every ninety days from the date of filing of the last status report until the stay is lifted.

IT IS SO ORDERED.

Dated: __**July 2, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE