Alan Heimlich (SBN 213390)
HEIMLICH LAW, PC
5595 Winfield Blvd., Suite 110
San Jose, CA 95123
Tel: (408)253-3860
Fax: (408)257-9912
Eml: alanheimlich@heimlichlaw.com

Nick Heimlich (SBN 233232)
Law Offices of Nicholas D. Heimlich
5595 Winfield Blvd., Suite 110
San Jose, CA 95123
Tel: (408) 457-9364
Fax: (408) 841-7630
Eml: nick@nickheimlichlaw.com

Attorneys for Plaintiff,
MIKE MURPHY'S ENTERPRISES, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MURPHY'S ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FINELINE INDUSTRIES, LLC, and DOES 1-100, INCLUSIVE, <br><br> Defendants. | Case No. 1:16-cv-00784-LJO-SAB <br><br> Hon. Chief Judge Lawrence J. O'Neill <br><br> JOINT STATUS REPORT ON CALIFORNIA STATE Case No. 16CV-01617 |

In accordance with this court's order (Docket Document # 27 AND #29), Both Parties hereby file this status report of the CALIFORNIA STATE Case No. 16CV-01617.

The Complaint was filed on 06/06/2016.

The Court has finished trial and the parties have submitted closing Argument Briefs. We are awaiting the Court's judgment.

**MMEI Statement of Status:**

See above.

**Fineline Statement of Status:**

See above.

Dated: 03/27/2019

Respectfully submitted,

/s/Alan Heimlich
Alan Heimlich (CA SBN 213390)

Attorney for Plaintiff,
MIKE MURPHY'S ENTERPRISES, INC.

HEIMLICH LAW, PC
5595 Winfield Blvd., Suite 110
San Jose, CA 95123

Dated: 03/  /2019

By: _____

ALLEN, DYER, DOPPELT, MILBRATH &
GILCHRIST, P.A.
Brian R. Gilchrist
(admitted *Pro Hac Vice*)
Attorneys for Defendant,
FINELINE INDUSTRIES, LLC

Dated: 03/27/2019

By: _____

QUALL CARDOT LLP
Matthew W. Quall
John M. Cardot
Attorneys for Defendant,
FINELINE INDUSTRIES, LLC

JOINT STATUS REPORT ON CALIFORNIA STATE Case No. 16CV-01617