# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MURPHY'S ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FINELINE INDUSTRIES, LLC, <br><br> Defendant. | Case No. 1:16-cv-00784-LJO-SAB <br><br> ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT WITHIN FIVE DAYS OF THE DATE OF ENTRY OF THIS ORDER |

On October 31, 2016, Chief Judge Lawrence J. O'Neill granted Defendant's motion to stay this case pending resolution of Plaintiff's parallel state court action. (ECF No. 26.) On November 2, 2016, the undersigned ordered the parties to file a status report every ninety days until the stay is lifted and set the deadline for the first status report as January 31, 2017. (ECF No. 27.) On March 28, 2019, the parties filed a status report. (ECF No. 39.) The status report indicated that trial in the matter was complete and the parties were awaiting the judgment of the trial court. (Id.)

The parties should have filed a joint status report within ninety days of the March 28, 2019 status report. Therefore, the parties' joint status report was due on June 28, 2019. However, the parties did not file a status report by the June 28, 2019 deadline.

The parties shall file a joint status report within five days of the date of entry of this

order. The parties shall then file a status report every ninety days from the date of filing of the last status report until the stay is lifted.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file a joint status report within **five days** of the date of entry of this order; and
2. The failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: __**July 1, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE