Alan Heimlich (SBN 213390)
HEIMLICH LAW, PC
5595 Winfield Blvd., Suite 110
San Jose, CA 95123
Tel: (408)253-3860
Fax: (408)257-9912
Eml: alanheimlich@heimlichlaw.com

Nick Heimlich (SBN 233232)
Law Offices of Nicholas D. Heimlich
5595 Winfield Blvd., Suite 110
San Jose, CA 95123
Tel: (408) 457-9364
Fax: (408) 841-7630
Eml: nick@nickheimlichlaw.com

Attorneys for Plaintiff,
MIKE MURPHY'S ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MURPHY'S ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FINELINE INDUSTRIES, LLC, and DOES 1-100, INCLUSIVE, <br><br> Defendants. | Case No. 1:16-cv-00784-LJO-SAB <br><br> Hon. Chief Judge Lawrence J. O'Neill <br><br> STATUS REPORT ON CALIFORNIA STATE Case No. 16CV-01617 |

In accordance with this court's order (Docket Document # 27, #29, #40), Both Parties hereby file this status report of the CALIFORNIA STATE Case No. 16CV-01617.

**EXECUTIVE SUMMARY: Case still at the Fifth Appellate Court of Appeal.**

The Complaint was filed on 06/06/2016.

The Court issued a Judgment on 06/25/2019.

On 07/09/2019 Plaintiff filed a motion for New Trial and to Vacate the Judgment.

On 09/20/2019 Plaintiff filed a Notice of Appeal from the Judgment on 06/25/2019 with the Court of Appeal, Fifth Appellate District in Fresno, CA.  Case # F080048

The Court issued an amended Judgment on 10/17/2019.

On 12/13/2019 Plaintiff filed a Notice of Appeal from the Amended Judgment and other Orders on 10/17/2019 with the Court of Appeal, Fifth Appellate District in Fresno, CA.  Case # F080503.

<u>For Case # F080048</u>
On 03/04/2020 Appellant filed an opening brief and appendix.
On 03/16/2020 Respondents filed a motion to strike portions of Appellant's opening brief (which was granted on 06/16/2020).
On 05/01/2020 Respondents filed their brief and appendix.
On 05/08/2020 Appellant filed a motion to strike or remove Respondents' Appendix (which was denied 05/29/2020)
On 07/16/2020 Appellant's Reply Brief and Errata filed.
On 07/17/2020 the Court ordered a corrected Appellant's opening brief and appendix incorporating the Errata (which was filed on 7/20/2020).

<u>For Case # F080503</u>
On 06/15/2020 Appellant filed an opening brief and appendix.
On 07/1/2020 Respondents filed their brief and appendix.
On 07/27/2020 Appellant's Reply Brief filed.

**MMEI Statement of Status:**

See above.

MMEI attempted to get input from Fineline by sending a draft statement on 09/21/2021 and did not hear back, so MMEI files this without their input as the deadline has passed.

Dated:  09/21/2021

Respectfully submitted,

/s/Alan Heimlich
Alan Heimlich (CA SBN 213390)

Attorney for Plaintiff,
MIKE MURPHY'S ENTERPRISES, INC.

HEIMLICH LAW, PC
5595 Winfield Blvd., Suite 110
San Jose, CA 95123