# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MURPHY'S ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FINELINE INDUSTRIES, LLC, <br><br> Defendant. | Case No. 1:16-cv-00784-JLT-SAB <br><br> ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT <br><br> **DEADLINE:** |

On October 31, 2016, the Court granted Defendant's motion to stay this case pending resolution of Plaintiff's parallel state court action. (ECF No. 26.) On November 2, 2016, the Court ordered the parties to file a status report every ninety days until the stay is lifted and set the deadline for the first status report as January 31, 2017. (ECF No. 27.) Since that date, the parties have submitted approximately twenty-one status reports regarding the status of the parallel state court action. As of the parties' last status report on December 16, 2021, the state court case was on appeal before the Fifth Appellate District Court of Appeals. (ECF No. 57.)

The parties should have filed a joint status report within ninety days of the December 16, 2021 status report. Therefore, the parties' joint status report was due on March 16, 2022. However, the parties did not file a status report by the March 16, 2022 deadline. The Court notes this is the fourth time it has been required to order the parties to submit their regular status report

1

after they failed to timely do so.  (See ECF Nos. 29, 35, 40.)  Should the parties fail to timely submit their next status report, the Court will issue an order to show cause why sanctions should not be issued for their failure to comply with this Court's orders.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file a joint status report **within five (5) days** of the date of entry of this order;
2. Thereafter, the parties shall file a status report **every ninety (90) days** from the date of filing of the last status report until the stay is lifted; and
3. The failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **March 29, 2022**

_____
UNITED STATES MAGISTRATE JUDGE