Alan Heimlich (SBN 213390)
HEIMLICH LAW, PC
5595 Winfield Blvd., Suite 110
San Jose, CA 95123
Tel: (408)253-3860
Fax: (408)257-9912
Eml: alanheimlich@heimlichlaw.com

Nick Heimlich (SBN 233232)
Law Offices of Nicholas D. Heimlich
5595 Winfield Blvd., Suite 110
San Jose, CA 95123
Tel: (408) 457-9364
Fax: (408) 841-7630
Eml: nick@nickheimlichlaw.com

Attorneys for Plaintiff,
MIKE MURPHY'S ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MURPHY'S ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FINELINE INDUSTRIES, LLC, and DOES 1-100, INCLUSIVE, <br><br> Defendants. | Case No. 1:16−CV−00784−JLT−SAB <br><br> Hon. District Judge Jennifer L. Thurston <br><br> STATUS REPORT ON CALIFORNIA STATE Case No. 16CV-01617 |

In accordance with this court's order (Docket Document # 27, #29, #40, #60), Both Parties hereby file this status report of the CALIFORNIA STATE Case No. 16CV-01617.

**EXECUTIVE SUMMARY: Awaiting decision on Petition for Review with the California Supreme Court in both cases # S274238 and # S274230.**

The Complaint was filed on 06/06/2016.

1     The Court issued a Judgment on 06/25/2019.

2     On 07/09/2019 Plaintiff filed a motion for New Trial and to Vacate the Judgment.

3
4     On 09/20/2019 Plaintiff filed a Notice of Appeal from the Judgment on 06/25/2019 with the Court of Appeal, Fifth Appellate District in Fresno, CA. Case # F080048

5     The Court issued an amended Judgment on 10/17/2019.

6

7
8
9     On 12/13/2019 Plaintiff filed a Notice of Appeal from the Amended Judgment and other Orders on 10/17/2019 with the Court of Appeal, Fifth Appellate District in Fresno, CA. Case # F080503.

10
11     On 04/05/2022 the 5th Appellate court heard oral arguments on both Case # F080048 and Case # F080503.

12
13     On 04/13/2022 the 5th Appellate court issued their opinions on both Case # F080048 and Case # F080503.

14     On 04/28/2022 Appellant requested publication of both Case # F080048 and Case # F080503.

15
16     On 04/28/2022 the 5th Appellate court denied publication of both Case # F080048 and Case # F080503.

17
18     On 04/28/2022 Appellant filed a petition for rehearing for both Case # F080048 and Case # F080503.

19
20     On 04/28/2022 the 5th Appellate court denied the petition for rehearing for both Case # F080048 and Case # F080503.

21
22     On 05/12/2022 Appellant file a Petition for Review with the California Supreme Court for both Case # S274238 (# F080048) and Case # S274230 (# F080503).

23

24     **MMEI Statement of Status:**

25     See Above.

26     Pending rulings on Petitions for Review with the California Supreme Court (Case # S274238
27 (# F080048) and Case # S274230 (# F080503)).

28

Heimlich Law, PC
5505 Winfield Blvd., Suite 110
San Jose, California USA 95123
Tel +1 408-253-3860

**Fineline Statement of Status:**

Fineline did not respond.

Dated: 05/31/2022

Respectfully submitted,

/s/Alan Heimlich
Alan Heimlich (CA SBN 213390)

Attorney for Plaintiff,
MIKE MURPHY'S ENTERPRISES, INC.

HEIMLICH LAW, PC
5595 Winfield Blvd., Suite 110
San Jose, CA 95123