1  Alan Heimlich (SBN 213390)
   HEIMLICH LAW, PC
2  5595 Winfield Blvd., Suite 110
   San Jose, CA 95123
3  Tel: (408)253-3860
   Fax: (408)257-9912
4  Eml: alanheimlich@heimlichlaw.com

5  Nick Heimlich (SBN 233232)
   Law Offices of Nicholas D. Heimlich
6  5595 Winfield Blvd., Suite 110
   San Jose, CA 95123
7  Tel: (408) 457-9364
   Fax: (408) 841-7630
8  Eml: nick@nickheimlichlaw.com

9  Attorneys for Plaintiff,
   MIKE MURPHY'S ENTERPRISES, INC.

10

11                    UNITED STATES DISTRICT COURT

12
                      EASTERN DISTRICT OF CALIFORNIA
13

14   MIKE MURPHY'S ENTERPRISES, INC.,        Case No. 1:16−CV−00784−JLT−SAB

15          Plaintiff,                        Hon. District Judge Jennifer L. Thurston

16       vs.                                  STATUS REPORT ON CALIFORNIA STATE
                                              Case No. 16CV-01617
17   FINELINE INDUSTRIES, LLC,
     and DOES 1-100, INCLUSIVE,

18          Defendants.

19

20
         In accordance with this court's order (Docket Document # 27, #29, #40, #60), Both Parties
21
     hereby file this status report of the CALIFORNIA STATE Case No. 16CV-01617.
22

23

24       **EXECUTIVE SUMMARY: Debtor (MMEI) Exam on 05/30/2023.**

25

26       //

27

28

1  The Complaint was filed on 06/06/2016.

2  The Court issued a Judgment on 06/25/2019.

3  On 07/09/2019 Plaintiff filed a motion for New Trial and to Vacate the Judgment.

4
5  On 09/20/2019 Plaintiff filed a Notice of Appeal from the Judgment on 06/25/2019 with the Court of Appeal, Fifth Appellate District in Fresno, CA.  Case # F080048

6  The Court issued an amended Judgment on 10/17/2019.

7
8
9  On 12/13/2019 Plaintiff filed a Notice of Appeal from the Amended Judgment and other Orders on 10/17/2019 with the Court of Appeal, Fifth Appellate District in Fresno, CA.  Case # F080503.
10

11
12  On 04/05/2022 the 5th Appellate court heard oral arguments on both Case # F080048 and Case # F080503.

13
14  On 04/13/2022 the 5th Appellate court issued their opinions on both Case # F080048 and Case # F080503.

15  On 04/28/2022 Appellant requested publication of both Case # F080048 and Case # F080503.

16
17  On 04/28/2022 the 5th Appellate court denied publication of both Case # F080048 and Case # F080503.

18
19  On 04/28/2022 Appellant filed a petition for rehearing for both Case # F080048 and Case # F080503.

20
21  On 04/28/2022 the 5th Appellate court denied the petition for rehearing for both Case # F080048 and Case # F080503.

22  On 05/12/2022 Appellant file a Petition for Review with the California Supreme Court for both Case # S274238 (# F080048) and Case # S274230 (# F080503).

23
24  On 06/22/2022 Petition for Review with the California Supreme Court for both Case # S274238 (# F080048) and Case # S274230 (# F080503) was denied.

25  On 06/23/2022 F080503 REMITTITUR ISSUED.

26
27  On 07/15/2022 Merced Order Following Remittitur issued for F080048 and F080503.

28  On 07/18/2022 F080048 REMITTITUR ISSUED

Heimlich Law, PC
5595 Winfield Blvd., Suite 110
San Jose, California USA 95123
Tel +1 408-253-3860

On 08/26/2022 Plaintiff post appeal opening briefs for F080048 and F080503 filed.

On 09/02/2022 Defendants post appeal response briefs for F080048 and F080503 filed.

On 09/08/2022 Plaintiff post appeal reply briefs for F080048 and F080503 filed.

On 09/15/2022 A tentative ruling was issued requiring supplemental post appeal briefing by both parties.

On 09/29/2022 Plaintiff filed supplemental briefing.

On 10/14/2022 Defendants filed supplemental briefing.

On 11/17/2022 Tentative ruling issued which Plaintiff contested.

On 11/18/2022 Tentative ruling issued 11/17/2022 upheld for both Case # F080048 and Case # F080503.  Defendant submitted to Plaintiff Proposed Order for Case # F080048 and Case # F080503.  Defendant also submitted to Plaintiff Proposed Second Amended Judgment.

On 12/02/02022 Second Amended Judgment filed by court.

On 05/30/2023 Debtor (MMEI) exam scheduled in Murrieta, CA 92563 (Case Number: CVSW2302454).

**MMEI Statement of Status:**

See above.

**Fineline Statement of Status:**

The Complaint was filed on June 6, 2016.

The Court issued a Judgment on June 25, 2019.

On July 9, 2019, Plaintiff filed a Motion for New Trial and, separately, a Motion to Vacate the Judgment. Those motions were denied.

On September 20, 2019, Plaintiff filed a Notice of Appeal, seeking to appeal the following: (a) Judgment entered June 25, 2019; (b) Order Denying Plaintiff's Motion for New trial; (c) Order

Denying Plaintiff's Motion to Vacate Judgment. (Court of Appeal, Fifth Appellate District Case Number F080048.)

On September 27, 2019, Plaintiff designated the record on appeal.

On December 17, 2019, the Court issued an Amended Judgment, awarding Fineline its attorneys' fees, costs, and expert witness fees and entered Net Judgment against Plaintiff and in favor of Fineline in the sum of $501,284.95 ("Amended Judgment").

On December 13, 2019, Plaintiff filed a Notice of Appeal from the Amended Judgment and other Orders entered by the Court on October 17, 2019 and October 18, 2019, with the Court of Appeal, Fifth Appellate District in Fresno, CA, Case No. F090503.

On March 2, 2020, Plaintiff filed its Opening Brief with the Court of Appeal, Fifth Appellate District in Fresno, CA, Case No. F080048.

On May 1, 2020, Defendants filed their Opening Brief with the Court of Appeal, Fifth Appellate District in Fresno, CA, Case No. F080048.

On June 15, 2020, Plaintiff filed its Opening Brief with the Court of Appeal, Fifth Appellate District in Fresno, CA, Case No. F080503.

On July 6, 2020, Defendants filed its Opening Brief with the Court of Appeal, Fifth Appellate District in Fresno, CA, Case No. F080503.

On July 14, 2020, Plaintiff filed its Reply Brief with the Court of Appeal, Fifth Appellate District in Fresno, CA, Case No. F080048.

On July 27, 2020, Plaintiff filed its Reply Brief with the Court of Appeal, Fifth Appellate District in Fresno, CA, Case No. F080503.

On 04/05/2022 the 5th Appellate court heard oral arguments on both Case # F080048 and Case # F080503.

On 04/13/2022 the 5th Appellate court issued their opinions on both Case # F080048 and Case # F080503.

On 04/28/2022 Appellant requested publication of both Case # F080048 and Case # F080503.

On 04/28/2022 the 5th Appellate court denied publication of both Case # F080048 and Case # F080503.

On 04/28/2022 Appellant filed a petition for rehearing for both Case # F080048 and Case # F080503.

On 04/28/2022 the 5th Appellate court denied the petition for rehearing for both Case # F080048 and Case # F080503.

On 05/12/2022 Appellant file a Petition for Review with the California Supreme Court for both Case # S274238 (# F080048) and Case # S274230 (# F080503).

On 06/22/2022 Petition for Review with the California Supreme Court for both Case # S274238 (# F080048) and Case # S274230 (# F080503) was denied.

On 06/23/2022 F080503 REMITTITUR ISSUED.

On 07/15/2022 Merced Order Following Remittitur issued for F080048 and F080503.

On 07/18/2022 F080048 REMITTITUR ISSUED

On 08/26/2022 Plaintiff post appeal opening briefs for F080048 and F080503 filed.

On 09/02/2022 Defendants post appeal response briefs for F080048 and F080503 filed.

On 09/08/2022 Plaintiff post appeal reply briefs for F080048 and F080503 filed.

On 09/15/2022 A tentative ruling was issued requiring supplemental post appeal briefing by both parties.

On 09/29/2022 Plaintiff filed supplemental briefing.

On 10/14/2022 Defendants filed supplemental briefing.

On 11/17/2022 Tentative ruling issued which Plaintiff contested.

On 11/18/2022 Tentative ruling issued 11/17/2022 upheld for both Case # F080048 and Case # F080503. Defendant submitted to Plaintiff Proposed Order for Case # F080048 and Case # F080503. Defendant also submitted to Plaintiff Proposed Second Amended Judgment.

On December 2, 2022, the Court entered the Second Amended Judgment in favor of Defendant.

///

///

///

///

STATUS REPORT ON CALIFORNIA STATE Case No. 16CV-01617

Dated: 05/16/2023

Respectfully submitted,

/s/Alan Heimlich
Alan Heimlich (CA SBN 213390)

Attorney for Plaintiff,
MIKE MURPHY'S ENTERPRISES, INC.

HEIMLICH LAW, PC
5595 Winfield Blvd., Suite 110
San Jose, CA 95123

Dated: 5/17//2023

By: /s/ Matthew W. Quall
QUALL CARDOT LLP
Matthew W. Quall
John M. Cardot
Attorneys for Defendant,
FINELINE INDUSTRIES, LLC

Heimlich Law, PC
5595 Winfield Blvd., Suite 110
San Jose, California USA 95123
Tel +1 408-253-3860

6/6
STATUS REPORT ON CALIFORNIA STATE Case No. 16CV-01617