Alan Heimlich (SBN 213390)
HEIMLICH LAW, PC
5595 Winfield Blvd., Suite 110
San Jose, CA 95123
Tel: (408)253-3860
Fax: (408)257-9912
Eml: alanheimlich@heimlichlaw.com

Nick Heimlich (SBN 233232)
Law Offices of Nicholas D. Heimlich
5595 Winfield Blvd., Suite 110
San Jose, CA 95123
Tel: (408) 457-9364
Fax: (408) 841-7630
Eml: nick@nickheimlichlaw.com

Attorneys for Plaintiff,
MIKE MURPHY'S ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MURPHY'S ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FINELINE INDUSTRIES, LLC, and DOES 1-100, INCLUSIVE, <br><br> Defendants. | Case No. 1:16−CV−00784−JLT−SAB <br><br> Hon. District Judge Jennifer L. Thurston <br><br> STATUS REPORT ON CALIFORNIA STATE Case No. 16CV-01617 |

In accordance with this court's order (Docket Document # 27, #29, #40, #60), Both Parties hereby file this status report of the CALIFORNIA STATE Case No. 16CV-01617.

**EXECUTIVE SUMMARY: Debtor (MMEI) Exam was held on 06/22/2023. Currently no final results.**

//

1     The Complaint was filed on 06/06/2016.

2     The Court issued a Judgment on 06/25/2019.

3     On 07/09/2019 Plaintiff filed a motion for New Trial and to Vacate the Judgment.

4
5     On 09/20/2019 Plaintiff filed a Notice of Appeal from the Judgment on 06/25/2019 with the Court of Appeal, Fifth Appellate District in Fresno, CA.  Case # F080048

6     The Court issued an amended Judgment on 10/17/2019.

7
8
9
10     On 12/13/2019 Plaintiff filed a Notice of Appeal from the Amended Judgment and other Orders on 10/17/2019 with the Court of Appeal, Fifth Appellate District in Fresno, CA.  Case # F080503.

11
12     On 04/05/2022 the 5th Appellate court heard oral arguments on both Case # F080048 and Case # F080503.

13
14     On 04/13/2022 the 5th Appellate court issued their opinions on both Case # F080048 and Case # F080503.

15     On 04/28/2022 Appellant requested publication of both Case # F080048 and Case # F080503.

16
17     On 04/28/2022 the 5th Appellate court denied publication of both Case # F080048 and Case # F080503.

18
19     On 04/28/2022 Appellant filed a petition for rehearing for both Case # F080048 and Case # F080503.

20
21     On 04/28/2022 the 5th Appellate court denied the petition for rehearing for both Case # F080048 and Case # F080503.

22
23     On 05/12/2022 Appellant file a Petition for Review with the California Supreme Court for both Case # S274238 (# F080048) and Case # S274230 (# F080503).

24     On 06/22/2022 Petition for Review with the California Supreme Court for both Case # S274238 (# F080048) and Case # S274230 (# F080503) was denied.

25     On 06/23/2022 F080503 REMITTITUR ISSUED.

26
27     On 07/15/2022 Merced Order Following Remittitur issued for F080048 and F080503.

28     On 07/18/2022 F080048 REMITTITUR ISSUED

Heimlich Law, PC
5595 Winfield Blvd., Suite 110
San Jose, California USA 95123
Tel +1 408-253-3860

On 08/26/2022 Plaintiff post appeal opening briefs for F080048 and F080503 filed.

On 09/02/2022 Defendants post appeal response briefs for F080048 and F080503 filed.

On 09/08/2022 Plaintiff post appeal reply briefs for F080048 and F080503 filed.

On 09/15/2022 A tentative ruling was issued requiring supplemental post appeal briefing by both parties.

On 09/29/2022 Plaintiff filed supplemental briefing.

On 10/14/2022 Defendants filed supplemental briefing.

On 11/17/2022 Tentative ruling issued which Plaintiff contested.

On 11/18/2022 Tentative ruling issued 11/17/2022 upheld for both Case # F080048 and Case # F080503.  Defendant submitted to Plaintiff Proposed Order for Case # F080048 and Case # F080503.  Defendant also submitted to Plaintiff Proposed Second Amended Judgment.

On 12/02/02022 Second Amended Judgment filed by court.

On 05/30/2023 Debtor (MMEI) exam scheduled in Murrieta, CA 92563 (Case Number: CVSW2302454).

On 06/22/2023 the debtor exam was held.  Currently no final results.

**MMEI Statement of Status:**

See above.

**Fineline Statement of Status:**

The Complaint was filed on June 6, 2016.

The Court issued a Judgment on June 25, 2019.

On July 9, 2019, Plaintiff filed a Motion for New Trial and, separately, a Motion to Vacate the Judgment. Those motions were denied.

1  On September 20, 2019, Plaintiff filed a Notice of Appeal, seeking to appeal the following:
2  (a) Judgment entered June 25, 2019; (b) Order Denying Plaintiff's Motion for New trial; (c) Order
3  Denying Plaintiff's Motion to Vacate Judgment. (Court of Appeal, Fifth Appellate District Case
4  Number F080048.)

5  On September 27, 2019, Plaintiff designated the record on appeal.

6  On December 17, 2019, the Court issued an Amended Judgment, awarding Fineline its
7  attorneys' fees, costs, and expert witness fees and entered Net Judgment against Plaintiff and in favor
8  of Fineline in the sum of $501,284.95 ("Amended Judgment").

9  On December 13, 2019, Plaintiff filed a Notice of Appeal from the Amended Judgment and
10 other Orders entered by the Court on October 17, 2019 and October 18, 2019, with the Court of
11 Appeal, Fifth Appellate District in Fresno, CA, Case No. F090503.

12 On March 2, 2020, Plaintiff filed its Opening Brief with the Court of Appeal, Fifth Appellate
13 District in Fresno, CA, Case No. F080048.

14 On May 1, 2020, Defendants filed their Opening Brief with the Court of Appeal, Fifth
15 Appellate District in Fresno, CA, Case No. F080048.

16 On June 15, 2020, Plaintiff filed its Opening Brief with the Court of Appeal, Fifth Appellate
17 District in Fresno, CA, Case No. F080503.

18 On July 6, 2020, Defendants filed its Opening Brief with the Court of Appeal, Fifth Appellate
19 District in Fresno, CA, Case No. F080503.

20 On July 14, 2020, Plaintiff filed its Reply Brief with the Court of Appeal, Fifth Appellate
21 District in Fresno, CA, Case No. F080048.

22 On July 27, 2020, Plaintiff filed its Reply Brief with the Court of Appeal, Fifth Appellate
23 District in Fresno, CA, Case No. F080503.

24 On 04/05/2022 the 5th Appellate court heard oral arguments on both Case # F080048 and Case
25 # F080503.

26 On 04/13/2022 the 5th Appellate court issued their opinions on both Case # F080048 and Case
27 # F080503.

28 On 04/28/2022 Appellant requested publication of both Case # F080048 and Case # F080503.

On 04/28/2022 the 5th Appellate court denied publication of both Case # F080048 and Case # F080503.

On 04/28/2022 Appellant filed a petition for rehearing for both Case # F080048 and Case # F080503.

On 04/28/2022 the 5th Appellate court denied the petition for rehearing for both Case # F080048 and Case # F080503.

On 05/12/2022 Appellant file a Petition for Review with the California Supreme Court for both Case # S274238 (# F080048) and Case # S274230 (# F080503).

On 06/22/2022 Petition for Review with the California Supreme Court for both Case # S274238 (# F080048) and Case # S274230 (# F080503) was denied.

On 06/23/2022 F080503 REMITTITUR ISSUED.

On 07/15/2022 Merced Order Following Remittitur issued for F080048 and F080503.

On 07/18/2022 F080048 REMITTITUR ISSUED

On 08/26/2022 Plaintiff post appeal opening briefs for F080048 and F080503 filed.

On 09/02/2022 Defendants post appeal response briefs for F080048 and F080503 filed.

On 09/08/2022 Plaintiff post appeal reply briefs for F080048 and F080503 filed.

On 09/15/2022 A tentative ruling was issued requiring supplemental post appeal briefing by both parties.

On 09/29/2022 Plaintiff filed supplemental briefing.

On 10/14/2022 Defendants filed supplemental briefing.

On 11/17/2022 Tentative ruling issued which Plaintiff contested.

On 11/18/2022 Tentative ruling issued 11/17/2022 upheld for both Case # F080048 and Case # F080503. Defendant submitted to Plaintiff Proposed Order for Case # F080048 and Case # F080503. Defendant also submitted to Plaintiff Proposed Second Amended Judgment.

On December 2, 2022, the Court entered the Second Amended Judgment in favor of Defendant.

///

///

STATUS REPORT ON CALIFORNIA STATE Case No. 16CV-01617

On May 30, 2023, the Debtor (MMEI) exam was scheduled in Murrieta, CA 92563 (Case Number: CVSW2302454).

On June 22, 2023, the debtor exam was held. It was not completed and there are no final results as of the date of the filing of this status report.

Dated:  10/23/2023

Respectfully submitted,

/s/Alan Heimlich
Alan Heimlich (CA SBN 213390)

Attorney for Plaintiff,
MIKE MURPHY'S ENTERPRISES, INC.

HEIMLICH LAW, PC
5595 Winfield Blvd., Suite 110
San Jose, CA 95123

Dated: 10/23/2023

By:  /s/ Matthew W. Quall
Matthew W. Quall (CA SBN 183759)
QUALL CARDOT LLP
Matthew W. Quall
John M. Cardot
Attorneys for Defendant,
FINELINE INDUSTRIES, LLC