Alan Heimlich (SBN 213390)
HEIMLICH LAW, PC
5671 Santa Teresa Blvd, Suite 203
San Jose, CA 95123
Tel: (408)253-3860
Fax: (408)257-9912
Eml: alanheimlich@heimlichlaw.com

Attorneys for Plaintiff,
MIKE MURPHY'S ENTERPRISES, INC.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MURPHY'S ENTERPRISES, INC.,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FINELINE INDUSTRIES, LLC,<br>and DOES 1-100, INCLUSIVE,<br><br>                    Defendants. | Case No. 1:16-cv-00784-LJO-SAB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

### NOTICE OF WITHDRAWAL OF COUNSEL

**Withdrawal of Counsel:**

Attorney, Nick Heimlich, Esq. of Law Offices of Nicholas D. Heimlich is withdrawing as counsel of record for this case. Plaintiff will still have counsel, so no motion is required for this withdrawal of counsel.

**Identifying Information as it currently appears on Docket of Attorney Withdrawing:**

Name: Nick Heimlich, CA Bar # 233232

Firm: Law Offices of Nicholas D. Heimlich

Address; 5595 Winfield Blvd, Suite 110, San Jose, CA 95123

Tel: 408-457-9364, Fax: 408-841-7630

Email: nick@nickheimlichlaw.com

Counsel of Record for the following party: Plaintiff, Mike Murphy's Enterprises, Inc.

*Heimlich Law, PC*
*5595 Winfield Blvd, Suite 110*
*San Jose, California USA 95123*
*Tel +1 408-253-3860*

1      **To Remove Attorney from Docket**

2   _X_    Please remove the attorney named above from the docket of this case; at least one member

3 of the firm or agency named above, and at least one member of the Bar of this Court, will continue

4 to serve as counsel of record for the party or parties indicated.

5

6 **Signature:**

7 I request that the Clerk update the docket as indicated above.

8      Dated:  11/08/2023

9                   Respectfully submitted,

10

11                 _____

                Nick Heimlich (CA SBN 233232)

                Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heimlich Law, PC
5395 Winfield Blvd, Suite 110
San Jose, California USA 95123
Tel +1 408-253-3860

NOTICE OF WITHDRAWAL OF COUNSEL